UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDY RALPH,
an individual,

    Plaintiff,                                          Case No.: 8:15-cv-2359-JSM-TBM

v.

CAPITAL ONE SERVICES, LLC,
a Florida limited liability company,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintiff, JUDY RALPH ("Plaintiff"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with CAPITAL ONE SERVICES, LLC ("Defendant"), Plaintiff states as follows:

1. A confidential settlement has been reached between Plaintiff and Defendant in the above-styled case.

2. Plaintiff's claims are being dismissed with prejudice.

3. The Parties shall bear their own attorneys' fees and costs.

4. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Defendant's counsel, and Defendant's counsel has no objection to the relief sought.

Submitted this 21st day of December 2015.

      Respectfully submitted,

      **LEAVENLAW**

      /s/ *Aaron M. Swift*
      **Ian R. Leavengood, Esq., FBN 010167**
      **Aaron M. Swift, Esq., FBN 093088**
      **Gregory H. Lercher, Esq. FBN 106991**
      **Sara J. Weiss, Esq. FBN 115637**
      Northeast Professional Center
      3900 First Street North, Suite 100
      St. Petersburg, FL 33703
      Phone: (727) 327-3328
      Fax: (727) 327-3305
      consumerservice@leavenlaw.com
      aswift@leavenlaw.com
      glercher@leavenlaw.com
      sweiss@leavenlaw.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished electronically this 21st day of December 2015 to:

Joshua H. Threadcraft, Esq.
Rachel B. Cash, Esq.
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
jthreadcreaft@burr.com
rcash@burr.com
*Attorneys for Defendant,*
*Capital Once Services, LLC*

      /s/ *Aaron M. Swift*
      Attorney